# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: TEXAS PRISON  §
CONDITIONS OF CONFINEMENT  §  CASE# - MDL NO. 2569
LITIGATION  §

Pursuant to Rule § 6.1(f) and 28 U.S.C. § 14.07 Pro-Se Litigant CHARLES C. TAYLOR, JR herein files his pleading with this Honorable Court To Wit; UNITED STATES JUDICIAL PANEL;

## I.

### CONTENTION

Pro-Se Litigant herein agrees solely to the motion of Defendants for transfer of actions to the S.D. of Texas, ONLY if ALL issues can be equally remedied for ALL DISTRICTS fairly by Jurisdictional Effectiveness

## II.

### PROPOSITION

Pro-Se Litigant is (similarly situated) and confined within a T.D.C.J. facility with no-remedial, and/or preventative action-

(PAGE 1 OF 3)

CONTD.:

OR MEASURES AFFORDED HIM BY T.D.C.J. IN REGARDS TO DEADLY-HEAT-EXPOSURE THAT IS CAUSING HIM ILLNESS/POSSIBLE DEATH AS A RESULT OF NEGLIGENCE BY T.D.C.J. AS WELL AS DELIBERATE INDIFFERENCE.

## III.

### FACTS

PRO-SE LITIGANT HAS CRUCIAL MEDICAL CONDITIONS AND MEDICATIONS THAT AFFECT HIS BODIES ABILITY TO REGULATE TEMPERATURE. T.D.C.J. HAS A RETAINED OBLIGATION WHEN THEY ARE AWARE OF A REAL AND IMMINENT DANGER AND FAIL TO RESPOND ADEQUATELY AND APPROPRIATELY. SEE: TROP VS. DULLES, 356 U.S. 86 (1958)

## IV

### PARTICIPATION

PRO-SE LITIGANT REQUESTS (ORAL ARGUMENT) BY WAY OF "BENCH WARRANT" ISSUANCE TO SECURE HIS APPEARANCE IN SAID PROCEEDINGS IN REFERENCE TO: CONDITIONS OF CONFINEMENT.

## V.

### PRAYER

WHEREFORE, ALL PROCEEDINGS APPLICABLE—

(PAGE 2 OF 3)

CONTD..

SAID PRO-SE LITIGANT HAS HEREIN RENDERED THIS HIS WRITTEN PLEADINGS (PRIOR) TO SAID DEADLINE OF AUGUST 06, 2014

RESPECTFULLY SUBMITTED,

*Charles C. Taylor Jr*

CHARLES C. TAYLOR., JR #1347697
HUTCHINS UNIT-TDCJ-CID
1500 EAST LANGDON ROAD.
DALLAS, TEXAS. 75241

(PAGE 3 OF 3)



# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: TEXAS PRISON §
CONDITIONS OF CONFINEMENT § CASE# - MDL NO. 2569
LITIGATION §

Pursuant to Rule § 6.1(f) and 28 U.S.C. § 14.07 Pro-Se Litigant CHARLES C. TAYLOR, JR herein files his pleading with this Honorable Court To Wit; United States Judicial Panel;

## I.

## CONTENTION

Pro-Se litigant herein agrees solely to the motion of Defendants for transfer of actions to the S.D. of Texas, ONLY if all issues can be equally remedied for ALL DISTRICTS fairly by jurisdictional effectiveness

## II.

## PROPOSITION

Pro-Se litigant is (similarly situated) and confined within a T.D.C.J. facility with no-remedial, and/or preventative action-

(Page 1 of 3)

CONTD:.

OR MEASURES AFFORDED HIM BY T.D.C.J. IN REGARDS TO DEADLY-HEAT-EXPOSURE THAT IS CAUSING HIM ILLNESS/POSSIBLE DEATH AS A RESULT OF NEGLIGENCE BY T.D.C.J. AS WELL AS DELIBERATE INDIFFERENCE.

## III.

### FACTS

PRO-SE LITIGANT HAS CRUCIAL MEDICAL CONDITIONS AND MEDICATIONS THAT AFFECT HIS BODIES ABILITY TO REGULATE TEMPERATURE. T.D.C.J. HAS A RETAINED OBLIGATION WHEN THEY ARE AWARE OF A REAL AND IMMINENT DANGER AND FAIL TO RESPOND ADEQUATELY AND APPROPRIATELY. SEE: TROP VS. DULLES, 356 U.S. 86 (1958)

## IV.

### PARTICIPATION

PRO-SE LITIGANT REQUESTS (ORAL ARGUMENT) BY WAY OF "BENCH WARRANT" ISSUANCE TO SECURE HIS APPEARANCE IN SAID PROCEEDINGS IN REFERENCE TO: CONDITIONS OF CONFINEMENT.

## V.

### PRAYER

WHEREFORE, ALL PROCEEDINGS APPLICABLE—

(PAGE 2 OF 3)

CONTD..

SAID PRO-SE LITIGANT HAS HEREIN RENDERED THIS HIS WRITTEN PLEADINGS (PRIOR) TO SAID DEADLINE OF AUGUST 06, 2014

RESPECTFULLY SUBMITTED,

*Charles C. Taylor Jr*

CHARLES C. TAYLOR., JR #1347697
HUTCHINS UNIT - TDCJ - CID
1500 EAST LANGDON ROAD.
DALLAS, TEXAS. 75241

(PAGE 3 OF 3)

CHARLES C. TAYLOR, Jr #1347697
HUTCHINS UNIT - 1500 EAST LANGDON RD.
DALLAS, TEXAS 75241

CLERK
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
THURGOOD MARSHALL FEDERAL JUDICIARY BUILDING
ONE COLUMBUS CIRCLE, N.E.
ROOM G-255, NORTH LOBBY
WASHINGTON, D.C. 20002-8004

July 29, 2014

DEAR CLERK:

PLEASE FIND ENCLOSED (1) ORIGINAL COPY OF PLAINTIFFS PRO-SE PLEADING IN REGARDS/REPLY TO TEXAS PRISON CONDITIONS-OF-CONFINEMENT LITIGATION MOTION OF "DEFENDANTS" MOTION FOR TRANSFER TO THE S.D. FOR COORDINATED OR CONSOLIDATED PRE TRIAL PROCEEDINGS. PLEASE ALSO FIND ONE "COPY" OF ORIGINAL AS REQUESTED BY THE PANEL. PLEASE DUPLICATE AND FILE WITH THE APPROPRIATE COURT OF ASSIGNMENT AS REQUIRED.

PLEASE ALSO RETURN PLAINTIFF A FILE STAMPED DATED COPY OF THE SAME. (AS YOU CAN SEE I DO NOT HAVE ACCESS TO A COPIER THUS THE COPY WAS MADE WITH CARBON PAPER.) THANK YOU -

SINCERELY,

Charles C. Taylor Jr

CHARLES C. TAYLOR, Jr 1347697
HUTCHINS - 1500 E. LANGDON ROAD
DALLAS, TEXAS 75241

[Stamp: JUDICIAL PANEL ON MULTIDISTRICT LITIGATION / 2014 AUG -5 A 9:41 / RECEIVED CLERK'S OFFICE]